UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:                                                          Chapter 11

VILLAGE RED RESTAURANT CORP ,                                   Case No. **18-10960-mew**
d/b/a Waverly Restaurant

Debtor.

------------------------------------------------------------X

IT IS HEREBY CONSENTED that, Lawrence Morrison, Esq., Morrison Tenenbaum PLLC, 87

Walker Street Floor 2, New York, NY 10013 is substituted as attorneys as counsel of record to

the Debtor in place of Stuart P. Gelberg. The consent may be signed in counterparts by electronic

signature.

Lawrence Morrison
MORRISON TENENBAUM PLLC
Lawrence Morrison, Esq.
87 Walker Street, Floor 2
New York, NY 10013
Tel.: (212) 620-0938
Fax: (646) 998-1972
Email: lmorrison@m-t-law.com

Incoming counsel

Stuart P. Gelberg
600 Old Country Rd
Garden City, NY 11530
Outgoing Counsel
516-228-4280

VILLAGE RED RESTAURANT CORP
By Nicholas Serafis