**EXHIBIT 3**
**APPRAISAL**



# Eliot Millman Auctioneers LLC

**718-327-7697**

AUCTIONEERS • REALTORS • APPRAISER

FORECLOSURE • LIEN • ASSIGNEE • SALES

P.O. Box 394, Hewlett, N.Y. 11557

STATE OF NEW YORK
COUNTY OF NEW YORK

X------------------------------------------------------------------X

IN THE MATTER OF VILLAGE RED RESTAURANT          OATH OF APPRAISER
CORP.-DEBTOR IN POSSESSION CASE#18-10960MEW
385 6TH AVENUE                                                            AND APPRAISAL

NEW YORK, NEW YORK 10014

X------------------------------------------------------------------X

STATE OF NEW YORK
COUNTY OF NEW YORK

    I, ELIOT B. MILLMAN, DO HEREBY MAKE SOLEMN OATH THAT I HAVE FULLY AND FAIRLY APPRAISED THE PROPERTY OF THE ABOVE NAMED CORPORATION INCLUDING RESTAURANT EQUIPTMENT, FIXTURES, FURNISHINGS & SUPPLIES, ACCORDING TO MY BEST SKILLS AND JUDGEMENT. A COPY OF MY APPRAISAL QUALIFICATIONS & EXPERIENCE IS ATTACHED HERETO:

                                                           ELIOT B. MILLMAN-APPRAISER

SUBSCRIBED TO AND SWORN TO BEFORE ME
THIS_____31_____DAY OF__August__2018.

    I, ELIOT B. MILLMAN, HAVING BEEN NOTIFIED THAT I WAS RETAINED TO ESTIMATE & APPRAISE THE RESTAURANT EQUIPTMENT, FIXTURES, FURNISHINGS & SUPPLIES OF VILLAGE RED RESTAURANT CORP., I HAVE ATTENDED TO THE DUTIES ASSIGNED TO ME AND AFTER INQUIRY I APPRAISE THE SAME AS FOLLOWS:



**Eliot Millman Auctioneers LLC**

AUCTIONEERS · REALTORS · APPRAISER
FORECLOSURE · LIEN · ASSIGNEE · SALES
718-327-7697

ON AUGUST 27, 2018 I VISITED THE RESTAURANT OCCUPIED BY VILLAGE RED RESTAURANT CORP. LOCATED AT 385 6TH AVENUE, NEW YORK, NEW YORK IN ORDER TO INSPECT & APPRAISE THE RESTAURANT EQUIPTMENT, FIXTURES, FURNISHINGS & SUPPLIES CONTAINED THEREIN.

AFTER CAREFULLY INSPECTING THE AFOREMENTIONED PHYSICAL BUSINESS ASSETS OF VILLAGE RED RESTAURANT CORP. AND COMPILING 56 INVENTORIED PROPERTY ITEMS & CATEGORIES ON 3 PAGES OF INVENTORY SHEETS, I HAVE PLACED AN APPRAISED VALUE OF NINE THOUSAND DOLLARS ($9000.00). THE APPRAISAL IS BASED ON THE FORCED SALE LIQUIDATION VALUE OF THE ITEMS INSPECTED. IT ALSO SHOULD BE NOTED THAT MOST OF THE EQUIPTMENT & FURNISHINGS ARE AT LEAST TWENTY FIVE TO THIRTY YEARS OLD AND ACCORDING TO THE RESTAURANT OPERATOR MANY WERE ACQUIRED SECOND HAND AT THE TIME OF PURCHASE. SOME OF THE ITEMS AND FURNISHINGS ARE BUILT IN OR ATTACHED TO THE WALLS OF THE RESTAURANT THUS GREATLY LIMITING THEIR VALUE FOR REMOVAL & LIQUIDATION. IT MUST ALSO BE NOTED THAT THE SODA SYSTEM EQUIPTMENT IS OWNED BY A SODA SERVICE PROVIDER, AND HOT WATER HEATERS AND AIR COOLING SYSTEMS ARE THE PROPERTY OF THE OWNER OF THE REAL ESTATE, NOT THE DINER. THE WALK-IN BOXES IN THE BASENENT ARE VERY OLD AND PROBABLY WOULD NOT WITHSTAND DISMANTLING & REMOVAL. THIS APPRAISAL HAS BEEN RETAINED PURSUANT TO A BANKRUPTCY PROCEEDING.

STATE OF NEW YORK
COUNTY OF NEW YORK

ELIOT B. MILLMAN, BEING DULY SWORN, DEPOSES AND SAYS:
THAT HE IS THE APPRAISER HEREIN; THAT HE HAS READ THE FOREGOING APPRAISAL, AND KNOWS THE CONTENTS THEREOF; THAT THE SAME IS TRUE TO THE BEST OF HIS KNOWLEDGE, EXCEPT AS TO MATTERS BASED ON INFORMATION AND BELIEF, AND AS TO THOSE MATTERS HE BELIEVES THEM TO BE TRUE.

ELIOT B. MILLMAN-APPRAISER

SWORN TO BEFORE ME
THIS _31_ DAY OF _August_ 2018.

NOTARY PUBLIC STATE OF NEW YORK

718-327-7697

*Eliot Millman Auctioneers LLC*

① VILLAGE RED RESTAURANT CORP
DEBTOR IN POSSESSION 385 6th Ave.
Case #18-10960 MEW NYC.

| LOT NO. | QUAN. | DESCRIPTION | DE-POSIT | SELLING PRICE | SOLD TO | TOTAL |
|---|---|---|---|---|---|---|
| 1 | | Basement Office | | | | |
| 2 | 1 | CCTV Security System | | 250 | | 250 ω |
| 3 | 2 | Files | | 5 | | 10 ω |
| 4 | 1 | Desk | | 15 | | 15 ω |
| 5 | 1 | Brother Copier | | 35 | | 35 ω |
| 6 | Lot | Grocery Supplies | | 150 | | 150 ω |
| 7 | Lot | Paper Goods | | 125 | | 125 ω |
| 8 | 1 | Aluminum Walk In Refrig | | 250 | | 250 ω |
| 9 | 9 | Refrig Compressors | | 40 | | 360 ω |
| 10 | 1 | Hobart Chopper Grinder | | 275 | | 275 ω |
| 11 | 1 | S.S. Slicer | | 175 | | 175 ω |
| 12 | 1 | Hobart 20 Qt. Mixer | | 350 | | 350 ω |
| 13 | 2 | South Bend 6 Burner Range | | 250 | | 500 ω |
| 14 | 1 | Manitowoc Ice Mach | | 350 | | 350 ω |
| 15 | 1 | Combo Ref. Freezer Walk-in | | 250 | | 250 ω |
| 16 | 2 | S.S. Work Table | | 50 | | 100 ω |
| 17 | 1 | SS Sink 3 comp | | 125 | | 125 ω |
| 18 | 1 | Hand Sink S.S | | 25 | | 25 ω |
| 19 | Lot | Glassware | | 125 | | 125 ω |
| 20 | 1 | Grease Trap | | 50 | | 50 ω |
| 1 | | | | | | |
| 2 | | | | | | |
| | | | | | TOTAL | 3520 ω |





# Eliot Millman Auctioneers LLC

| LOT NO. | QUAN. | DESCRIPTION | DE-POSIT | SELLING PRICE | SOLD TO | TOTAL |
|---|---|---|---|---|---|---|
| 21 | 2 | Ladders | | 10 | | 20 00 |
| 2 | | Mezzanine Storage Level | | | | |
| 23 | Lot | Homer Laughlin china | | 75 | | 75 00 |
| 4 | | Kitchen Area | | | | |
| 25 | SS | Dishwasher System + Sink | | 400 | | 400 00 |
| 26 | 1 | SS Work Table | | 50 | | 50 00 |
| 27 | 1 | SS Panini Press | | 50 | | 50 00 |
| 28 | 1 | Traulsen SS Freezer 2Dr | | 500 | | 500 00 |
| 29 | 1 | SS Bain Marie | | 150 | | 150 00 |
| 30 | 1 | SS Toaster | | 50 | | 50 00 |
| 31 | 1 | SS Oven Broiler Southbend | | 450 | | 450 00 |
| 32 | 2 | Myrackan SS grills | | 150 | | 300 00 |
| 33 | Lot | SS Fry Pans | | 50 | | 50 00 |
| 34 | 1 | Traulsen SS 3 Door Refg | | 375 | | 375 00 |
| 35 | 2 | S.S. Pitco Fryolators | | 75 | | 150 00 |
| 36 | 1 | SS Globe Slicer | | 450 | | 450 00 |
| 37 | 1 | SS Candy Stove | | 25 | | 25 00 |
| 38 | 1 | SS Salad Case | | 200 | | 200 00 |
| 39 | 2 | SS Toastmaster Toasters | | 25 | | 50 00 |
| 40 | 1 | SS Steam Table | | 150 | | 150 00 |
| 1 | | | | | | |
| 2 | | | | | | |
| | | | | TOTAL | | 3495 00 |


 3

718-327-7697

# Eliot Millman Auctioneers LLC

| LOT NO. | QUAN. | DESCRIPTION | DEPOSIT | SELLING PRICE | SOLD TO | TOTAL |
|---|---|---|---|---|---|---|
| 41 | 1 | SS Panasonic Microwave | | 50 | | 50 00 |
| 42 | 1 | Rolling Carter (Rubber) | | 25 | | 25 00 |
| 43 | 1 | SS Soup Warmer | | 50 | | 50 00 |
| 44 | 1 | SS Bain Marie 4' | | 125 | | 125 00 |
| 45 | 1 | 3 Head Hamilton Beach Blender | | 75 | | 75 00 |
| 46 | 1 | Panasonic Fax | | 25 | | 25 00 |
| 47 | 1 | S.S. Dessert Refrig | | 125 | | 125 00 |
| 48 | | Dining Area | | | | |
| 49 | 6 | Counter Stools | | 15 | | 90 00 |
| 50 | 1 | Granite Counter | | 50 | | 50 00 |
| 51 | 1 | S.S. Orange Juicer | | 225 | | 225 00 |
| 52 | 1 | Electronic Cash Register | | 50 | | 50 00 |
| 53 | 11 | Vinyl Upholstered Booths | | 40 | | 440 00 |
| 54 | 5 | Small Vinyl Uph. Booths | | 20 | | 100 00 |
| 55 | 3 | Casablanca Fans | | 35 | | 105 00 |
| 56 | 1 | 7 Lite Chandelier | | 150 | | 150 00 |
| 57 | 13 | Hanging Lite Fixtures | | 15 | | 195 00 |
| 58 | 1 | S.S. Counter | | 35 | | 35 00 |
| 59 | 2 | Ice Tea Dispenser | | 15 | | 30 00 |
| 60 | 5 | Dining Chairs | | 10 | | 50 00 |
| 61 | 4 | Wall Pictures | | 10 | | 40 00 |
| 62 | | | | | | |

TOTAL  p3  1985.00
p2  3495.00
p1  3520.00

# ELIOT B. MILLMAN COMPANY AUCTIONEERS LLC.
AUCTIONEERS-REALTORS-APPRAISERS
P.O. BOX 394, HEWLETT, NEW YORK 11557
Office (718) 327-7697/Cell (516) 984-4529
Email

EDUCATION-BACHELOR OF BUSINESS ADMINISTRATION
(1972) BERNARD BARUCH COLLEGE (C.U.N.Y.)

LICENSED AUCTIONEER & APPRAISER 1973-PRESENT
BY NEW YORK CITY DEPT. OF CONSUMER AFFAIRS LIC#698701

AUCTIONEER & APPRAISER FOR N.Y. STATE DEPT. OF TAXATION & FINANCE
1978-PRESENT PARTICIPATING IN HUNDREDS OF SEIZURES & AUCTIONS OF DELINQUENT BUSINESSES

AUCTIONEER FOR QUEENS COUNTY PUBLIC ADMINISTRATOR SELLING BOTH CONTENTS & REAL PROPERTY OF DECEDENT ESTATES.

AUCTIONEER FOR FEDERAL DEPOSIT INSURANCE CORP. 1980-PRESENT

AUCTIONEER & APPRAISER 1973-PRESENT SERVING MAJOR BANKS, INSURANCE COMPANIES, AND CORPORATE INTEREST IN CONDUCTING THOUSANDS OF AUCTIONS TO LIQUIDATE INVENTORIES, FIXTURES, EQUIPMENT & REAL ESTATE.

MEDIA RELATED EVENTS CONCERNING AUCTION SALES CONDUCTED BY ELIOT B. MILLMAN COMPANY THAT MIGHT RELATE TO TELEVISION PROJECT CONCERNING THE "AFFAIR".

AUCTIONED MANY OF NEW YORK'S FAMOUS RESTAURANTS RESULTING IN PRESS & MEDIA COVERAGE INCLUDING BEN BENSON'S STEAKHOUSE, MARS THEME RESTAURANT, PAPPAS RESTAURANT, & APPRAISAL OF THE RUSSIAN TEA ROOM.

CONDUCTED AUCTION OF REKNOWNED KUTSHERS HOTEL RESULTING IN THE FILM "WELCOME TO KUTSHERS/THE LAST CATSKILL RESORT" FEATURING MY AUCTION SEGMENT & PERSONAL INTERVIEW.

PRESIDED AS AUCTIONEER OF MANY WORLD FAMOUS COMPANIES SUCH AS JUDITH LIEBER HANDBAG COMPANY, J&R MUSIC CENTERS, LOEHMANN'S CLOTHING STORES, AS WELL AS NUMEROUS OTHERS OVER THE PAST 42 YEARS.

DURING THE BANKING CRISIS OF 1983-1989 I REPRESENTED THE F.D.I.C. IN SEIZING THE ASSETS OF AND AUCTIONING OFF THE SEAMANS BANK FOR SAVING, GUARDIAN BANK, & CENTRAL NATIONAL BANK RESULTING IN A BEVY OF MEDIA COVERAGE BOTH THE PRESS AND TELEVISION

REFERENCES AVAILABLE UPON REQUEST