WHITE AND WILLIAMS LLP
Christopher F. Graham, Esq.
Andrew E. Arthur, Esq.
7 Times Square, Suite 2900
New York, NY 10036
(212) 244-9500
grahamc@whiteandwilliams.com
arthura@whiteandwilliams.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VILLAGE RED RESTAURANT CORP.,<br>d/b/a WAVERLY RESTAURANT,<br><br>                                     Debtor. | Chapter 11<br><br>Case No. 18-10960 (MEW) |

**SECOND NOTICE OF PLAN ADMINISTRATOR'S PROPOSED**
**DISTRIBUTIONS TO CLASS 2 CREDITORS**
**PURSUANT TO THE SECOND AMENDED PLAN**

**PLEASE TAKE NOTICE** that the Plan Administrator, Christopher F. Graham (the "Plan Administrator"), proposes to make distributions to Class 2 Creditors on or after February 25, 2022, in the amount of $75,045.00.

The allowed general unsecured claims in the case total $5,347,616.81 of which $3,118.83 is the scheduled claim of Chase Bank, which represents .06%. The remaining creditor claims represent 99.94% of the general unsecured claims.

Consequently, the distributions will be as follows:

1. Employee Claims: $75,000.00
2. Chase Bank Claim: $45.00

An estimated final payment will also be made to the Office of the United States Trustee in an amount to be calculated by the Office of the United States Trustee.

28488166v.3

**PLEASE TAKE FURTHER NOTICE** that any objections to the proposed distributions must be filed with the Bankruptcy Court in accordance with the local rules and served so as to be received on or before February 22, 2022.

Dated: February 16, 2022
      New York, New York             WHITE AND WILLIAMS LLP

                                          */s/ Christopher F. Graham*
                                          Christopher F. Graham, Esq.
                                          Andrew E. Arthur, Esq.
                                          7 Times Sq., Suite 2900
                                          New York, New York 100036
                                          grahamc@whiteandwilliams.com
                                          arthura@whiteandwilliams.com
                                          *Counsel for the Plan Administrator*