WHITE AND WILLIAMS LLP
Christopher F. Graham, Esq.
Andrew E. Arthur, Esq.
7 Times Square, Suite 2900
New York, NY 10036
(212) 244-9500
grahamc@whiteandwilliams.com
arthura@whiteandwilliams.com

*Counsel for the Plan Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>VILLAGE RED RESTAURANT CORP.,<br>d/b/a WAVERLY RESTAURANT,<br><br>                            Debtor. | Chapter 11<br><br>Case No. 18-10960 (MEW) |

## **AMENDED AND UPDATED CLOSING REPORT IN CHAPTER 11 CASE**

To the best of my knowledge and belief, the total fees and expenses incurred by the Plan Administrator, the Plan Administrator's counsel including the law firms of Eckert Seamans Cherin & Mellott LLC and White and Williams LLP, and other retained professionals are as follows:

FEES AND EXPENSES[1]:

| **FEES AND EXPENSES FOR THE PLAN ADMINISTRATOR** | | | |
|---|---|---|---|
| **Professional** | **Fees Incurred** | **Expenses Incurred** | **Total** |
| **Eckert Seamans Cherin & Mellott LLC**<br>Counsel for the Plan Administrator | $250,000.00 | $7,500.00 (est.) | $257,500.00 |
| **White and Williams LLP**<br>Counsel for the Plan Administrator | $30,000 | $2,500.00 (est.) | $32,500.00 |

---

[1] The Plan Administrator did not perform any duties or make any disbursements prior to the Effective Date.

1

$50,000.00   PLAN ADMINISTRATOR FEE

  15.2        % DIVIDEND PAID/TO BE PAID

  Yes.        FUTURE DIVIDENDS (cannot be determined)

  Yes         INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED[2]

  $675,405.00   OTHER: Second distribution under plan completed

  $75,045.00   Third Distribution Noticed for on or after February 25, 2022

Dated:   New York, New York                WHITE AND WILLIAMS LLP
         February 22, 2022

                                           /s/ Christopher F. Graham
                                           By: Christopher F. Graham, Esq.
                                           Andrew E. Arthur, Esq.
                                           7 Times Square, Suite 2900
                                           New York, New York 100036
                                           grahamc@whiteandwilliams.com
                                           arthura@whiteandwilliams.com

                                           *Counsel for the Plan Administrator*

---

[2] See attached for Total Distributions under the Plan.

# TOTAL DISTRIBUTIONS

The initial Plan Distribution to Creditors of $53,000.00 was made in the 4th Quarter of 2019.

The following chart shows the total distributions to date made or noticed under the Plan Administrator's Trust Account and the remaining balances will be paid to the retained professionals and the unsecured creditors.

## TOTAL COLLECTIONS OF THE PLAN ADMINISTRATOR: $1,151,500

### DISTRIBUTIONS MADE OR NOTICED TO DATE[3]

| | |
|---|---|
| Faegre Drinker Biddle & Reath LLP: | $2,500.00 |
| Veritext: | $764.56 |
| United States Trustee: | $2,175.00 |
| Pechman Law Group: | $250,837.50 |
| Miguel Romero Lara: | $61,810.06 |
| Valente Garcia: | $54,411.12 |
| Jesus Delgado: | $75,038.27 |
| Justino Garcia: | $81,781.46 |
| Miguel Botello Gonzaga: | $66,021.10 |
| Franklyn Perez: | $10,918.70 |
| Delfino Tlacopilco: | $42,409.76 |
| Alberto Nieto: | $62,306.89 |
| Chase Bank: | $450.00 |

---

[3] Any remaining Trust balance will be distributed as soon as possible. Any remaining non-monetary assets of the estate held by the Plan Administrator will be placed in a creditors trust or similar entity prior to March 31, 2022.